# Third District Court of Appeal

## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1194
Lower Tribunal No. 19-CF-108-A-K

_____

**Whendid Estinfil,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Whendid Estinfil, in proper person.

James Uthmeier, Attorney General, and Camilo Montoya, and Haccord Curry, Assistant Attorneys General, for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.